IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALVIA L. LACY            :
                         :
    v.                   :     CIVIL NO. CCB-15-1742
                         :
NATIONAL RAILROAD PASSENGER :
CORP.                    :
                ...o0o...

**MEMORANDUM**

Plaintiff Alvia Lacy, representing herself, has filed what appears to be her eleventh lawsuit against her employer National Railroad Passenger Corp. (Amtrak). She alleges a "hostile work environment" under Title VII based on events allegedly occurring between June and December 2013. She filed a charge with the EEOC which issued a right-to-sue letter without finding any statutory violations.

Now pending is Amtrak's motion to dismiss under Fed. R. Civ. P. 12(b)(6). Lacy has failed to file a timely response despite being sent appropriate notice. The court has nonetheless reviewed her complaint to determine whether she has alleged facts sufficient to state a claim, specifically sufficient to make plausible that (1) she was harassed because of her sex; (2) the harassment was unwelcome; (3) the harassment was sufficiently severe or pervasive to create an abusive working environment; and (4) some basis exists for imputing liability to the employer. *Crockett v. Mission Hosp., Inc.*, 717 F.3d 348, 354 (4th Cir. 2013); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). She has not. Assuming she has satisfied the second prong, that the harassment was unwelcome, she has not shown that the comments or the drawing she complains of were directed at her, because of her gender; or were sufficient to create an abusive environment; or that her employer knew about the events and failed to take appropriate corrective action.

Accordingly, the motion to dismiss will be granted by separate Order which follows.

November 18, 2015 /S/
Date Catherine C. Blake
United States District Judge